DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@holdenlegal.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@holdenlegal.com
HOLDEN KIDWELL HAHN & CRAPO, P.L.L.C.
P.O. Box 50130
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VICTORIA L. BLAIR,<br><br>             Plaintiff,<br>v.<br><br>RADIAL FIRST CARDIOVASCULAR ASSOCIATES, LLC, an Idaho limited liability company,<br><br>             Defendant. | Case No. 4:17-cv-00331-CWD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiff, Victoria L. Blair ("Plaintiff"), and Defendant Radial First Cardiovascular Associates, LLC, ("Defendant"), and stipulate and agree that Plaintiff's Amended Complaint and Demand for Jury Trial against Defendant and all claims therein shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated this 29th day of May, 2018.

/s/
DeAnne Casperson
Holden, Kidwell, Hahn & Crapo, P.L.L.C.
Attorneys for Plaintiff

Dated this 29th day of May, 2018.

/s/
Christopher P. Graham
Jones, Gledhill, Fuhrman, Gourley, P.A.
Attorneys for Defendant

2-   STIPULATION TO DISMISS WITH PREJUDICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2018, I filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**DOCUMENT SERVED:**     STIPULATION TO DISMISS WITH PREJUDICE

**ATTORNEYS SERVED:**

Christopher P. Graham
JONES, GLEDHILL, FUHRMAN, GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
Email: cgraham@idalaw.com

/s/
DeAnne Casperson
Holden, Kidwell, Hahn & Crapo, P.L.L.C.

G:\WPDATA\DC\19280 Blair, Victoria\Pleadings\Dismissal.STIP.docx